IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>       Plaintiff,                                     )<br>                                                              )<br>       v.                                                )<br>                                                              )   Civil No. 11-37-JD<br>                                                              )<br>ONE 2008 STEEL GRAY INFINITI G37 COUPE, )<br>VIN NO. JNKCV64E58M101772,        )<br>M.A. REGISTRATION 793HJ3, SEIZED FROM )<br>AND REGISTERED TO DERRICK LUNA,    )<br>                                                              )<br>       Defendant *in rem*.                      )<br>                                                              ) | |

ORDER FOR INTERLOCUTORY SALE

Having reviewed the Assented-To Motion for Interlocutory Sale of one 2008 Steel Gray Infiniti G37 Coupe, VIN No. JNKCV63E58M101772, M.A. Registration 793HJ3, seized from and Registered to Derrick Luna,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The defendant *in rem* property, one 2008 Steel Gray Infiniti G37 Coupe, VIN No. JNKCV63E58M101772, M.A. Registration 793HJ3, seized from and Registered to Derrick Luna, shall be sold at an interlocutory sale pursuant to the terms set forth in the Assented-To Motion for Interlocutory Sale;

2. The claimants, Derrick Luna, and JP Morgan Chase Bank, will execute promptly any documents which may be required to complete the interlocutory sale of the defendant property;

3. The defendant property will be sold by the United States Marshals Service;

4. The proceeds realized from the sale of the defendant property, less payment of the JP Morgan Chase lien and reasonable and necessary expenses, shall be transmitted to the United

States Marshals Service, where it will be held, and shall be substituted as the "res" for the defendant property in this proceeding. The proceeds (substitute res) shall be held by the United States Marshals Service, pending further order of the Court.

December 30, 2011

/s/ Joseph A. DiClerico, Jr.
UNITED STATES DISTRICT JUDGE